UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| ROBERT Z. WHIPPLE, III,<br><br>  Plaintiff,<br><br>v.<br><br>REBECCA MILLAY et al.,<br><br>  Defendants. | Case No. 1:14-cv-00117<br><br>Chief Judge Crenshaw<br>Magistrate Judge Newbern |

## ORDER

This matter is REFERRED to Magistrate Judge John Bryant for a judicial settlement conference to take place on July 3, 2018, at the U.S. Courthouse, 801 Broadway, Nashville, Tennessee. Magistrate Judge Bryant will enter a separate order setting his procedures and any deadlines pre-conference filings.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge