```
                UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF TENNESSEE
                      COLUMBIA DIVISION
```

ROBERT ZENAS WHIPPLE, III,    )
                              )
        Plaintiff,            )
                              )
        v.                    )   NO. 1:14-cv-0117
                              )   Judge Crenshaw/Newbern/Bryant
REBECCA MILLAY, et al.,       )   JURY DEMAND
                              )
        Defendants.           )

## O R D E R

The undersigned Magistrate Judge conducted a settlement conference in this case on July 3, 2018.

The parties and their representatives met, negotiated in good faith, and agreed to a compromise settlement of all claims, contingent upon the approval of the Attorney General and the Treasurer of the State of Tennessee.

The parties shall file a stipulation and proposed order of dismissal by September 4, 2018. The Clerk is directed to return this file to the Chief Judge pending the filing of the parties' stipulation and proposed order.

It is so **ORDERED**.

                                                /s/ John S. Bryant
                                                JOHN S. BRYANT
                                                United States Magistrate Judge