IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| ROBERT ZENAS WHIPPLE, III, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> REBECCA MILLAY, et al., ) <br> ) <br> Defendants. ) | NO. 1:14-cv-00117 <br><br> JUDGE CAMPBELL <br> MAGISTRATE JUDGE NEWBERN |

## ORDER

This case has been transferred to the undersigned Judge.

The parties have filed a Joint Stipulation of Dismissal With Prejudice (Doc. No. 236), indicating this case should be dismissed with prejudice. Accordingly, this case is **DISMISSED**, with prejudice. All pending motions are denied, as moot, and the Clerk is directed to close the file.

This Order shall constitute the final judgment pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE